*02 cv 1318 max/*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

- - - - - - - - - - - - - - - - - - - - - - - - - -

HANOVER INSURANCE COMPANY,          :          2004 JUL -1  A 11: 44

      Plaintiff,          :          3:02CV1318 (RNC) DISTRICT COURT
                            :                  HARTFORD, CT.

     -against-          :

JACK McALLISTER,          :

                             :          June 30, 2004
      Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF MANUAL FILING

       Please take notice that Plaintiff/Petitioner Hanover Insurance Company has manually filed the following documents or things:

    1.     Motion for Extension of Time in Which to File Joint Trial Memorandum

This document has not been filed electronically because

[ X ]  the document or thing cannot be converted to an electronic format (WordPerfect) by the undersigned's system

[   ]  the electronic file size of the document exceeds 1.5 megabytes

[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.


Dated: Easton, Connecticut          LOVEJOY & ASSOCIATES
       June 30, 2004             Attorneys for Plaintiff,
                                Hanover Insurance Company


By: _____
      Frederick A. Lovejoy (CT 03121)
      276 Center Road
      Easton, Connecticut 06612
      (203) 459-9941
      (203) 459-9943 (telefax)

McAllisterNoticeMF.doc

1

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 30th day of June 2004, to the following:

Mr. Jack McAllister
96 Laurelwood Drive
Niantic, Connecticut 06357

Frederick A. Lovejoy

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 30th day of June, 2004, to the following:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, Connecticut 06510

Frederick A. Lovejoy

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

HANOVER INSURANCE COMPANY,

        Plaintiff,

    -against-

JACK McALLISTER,

        Defendant.

2004 JUL -1  A 11: 44

3:02CV1318 (RNC)
U.S. DISTRICT COURT
HARTFORD, CT.

June 30, 2004

### MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A JOINT TRIAL MEMORANDUM

Now comes plaintiff Hanover Insurance Company and moves this Court for an extension of time from July 1, 2004 to and including August 2, 2004 in which to file the Joint Trial Memorandum, and states in support thereof:

1.    That the undersigned has attempted to contact defendant's counsel with respect to the Joint Trial Memorandum, but has received no response.

2.    That the Court indicated that a settlement conference would be scheduled for May 2004, however, no settlement conference has been scheduled to date.

3.    That the parties believe a settlement conference would be beneficial prior to having to go through the expense and time of drafting and filing a Pre-Trial Memorandum.

4.    That the undersigned has been out of the office due to a death in the family.

5.    That the undersigned is scheduled to be on vacation during the week of July 5, 2004.

6.    That the undersigned has attempted to contact counsel for defendant Jack McAllister to determine if he consents to the instant motion, but without success.

1

7.      That in the interest of justice, plaintiff Hanover Insurance Company's Motion for an

Extension of Time to and including August 2, 2004 should be granted.

8.      That this motion is not being made for purposes of delay or harassment.

Dated: Easton, Connecticut
      June 30, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff,
Hanover Insurance Company


By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
276 Center Road
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

McAllisterExtension2.doc

<u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 30th day of June, 2004, to the following:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, Connecticut 06510

Frederick A. Lovejoy

3