UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP -7 P 3: 54

------------------------------------
HANOVER INSURANCE COMPANY,           :
                                     :
            Plaintiff,               :     3:02CV1318 (RNC)
                                     :
     -against-                       :
                                     :
JACK McALLISTER,                     :
                                     :     August 30, 2004
            Defendant.               :
------------------------------------

STANDING ORDER REGARDING TRIAL MEMORANDA IN CIVIL CASES

At the discretion of the presiding Judge, each party may be ordered to prepare and submit, or the parties may be ordered to jointly prepare and submit, a trial memorandum in duplicate which shall contain the following information:

1. **Trial Counsel.**

Plaintiff: Frederick A. Lovejoy, Lovejoy & Associates, 276 Center Road, P.O. Box 56, Easton, Connecticut 06612, (203) 459-9941, (203) 459-9943 (telefax).

Defendant: Norman A. Pattis, Esq., Williams & Pattis, LLC, 51 Elm Street, New Haven, Connecticut 06510.

2. **Jurisdiction.** 28 U.S.C. §1333.

3. **Jury/Non-jury.** Non-jury.

4. **Nature of Case.** This is a Declaratory Judgment action to determine if the actions of defendant Jack McAllister constitute exclusions under the policy of insurance, thus voiding the policy and relieving the underwriter, Hanover Insurance Company, of its obligations to defend and/or indemnify its insured, plaintiff Jack McAllister, or to pay for the damages sustained to his vessel, i.e., the S/V LOCURA.

1

5. **Stipulations of Fact and Law.** None.

6. **Plaintiff's Contentions.** Plaintiff Hanover Insurance Company contends that the activities that defendant Jack McAllister engaged in and which resulted in the injuries sustained by Christopher Dwyer and the defendant Jack McAllister's vessel, the S/V LOCURA, were intentional acts, et cetera, for which the defense and/or indemnification of the defendant Jack McAllister is not covered under the terms of the marine insurance policy applicable herein.

7. **Defendant's Contentions.** Defendant's counsel has not provided any contentions.

8. **Legal Issues.** Did defendant Jack McAllister's actions constitute intentional acts, et cetera under the marine insurance policy issued by plaintiff Hanover Insurance Company.

9. **Voir Dire Questions.** Not applicable to a Bench Trial

10. **List of Witnesses.**

   Plaintiff's Witnesses:

   Christopher M. Dwyer
   Joseph R. Fowler
   Scott Arsenault
   Paul Harrison
   John Kycia
   Robbie Dowd
   David Peterson
   William Healy
   Norma Peck, Jr.
   Robert J. Torok
   DMV Witness
   U.S. Coast Guard Personnel:
   Robert Zabilansky
   Sergeant Lynch
   Officer Hallbauer
   Officer Levandoski
   Officer Cutillo
   Gisselle Bisson
   Abisai Roma
   Bill Spicer
   Daniel P. Brown, or another employee from National Marine Underwriters, a
       Hanover Insurance Company

11. **Exhibits.**

    Plaintiff's Exhibits:

    The underwriting and claims files of Hanover Insurance Company and/or its agent(s)
    McAllister's New York State Vessel Decals
    McAllister's New York State Vessel Registration
    McAllister's Declaration Page and Policy signed by Jack McAllister on April 20, 2001
    DMV Records
    Insurance Declaration pages and policies issued to defendant Jack McAllister for the years 1996 to date
    Defendant's Responses in this case
    Superior Court J.D. of New London Records in State of Connecticut v. Jack G. McAllister, Docket No. CR-01-262832
    Records and Reports of the United States Coast Guard
    Records and Reports of the Department of Environmental Protection

12. **Deposition Testimony.** None.

13. **Requests for Jury Instructions.** Not applicable.

14. **Anticipated Evidentiary Problems.** None.

15. **Proposed Findings and Conclusions.** Provided in separate submission.

16. **Trial Time.** 3 days.

17. **Further Proceedings.** None..

18. **Election for Trial by Magistrate.** The parties do not agree to have this matter tried to a Magistrate.

19. **Modification of Order.** It is further ordered that the Court, in order to prevent manifest injustice or for good cause shown, at the trial of the action or prior thereto upon application of counsel for either party, may in good faith, or upon motion of the Court, modify this Pretrial Order upon such conditions as the Court may deem just and proper.

Dated: Easton, Connecticut
August 30, 2004

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff,
Hanover Insurance Company

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
276 Center Road
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

McAllisterStandingOrder.doc

5

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 30th day of August, 2004, to the following:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, Connecticut 06510

                                                Frederick A. Lovejoy