UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

HANOVER INSURANCE COMPANY,
    Plaintiff,

-against-

JACK McALLISTER,
    Defendant.

---

FILED

3:02CV1318 (RNC)

2004 SEP -7  A 11: 47

August 30, 2004

## NOTICE OF MANUAL FILING

Please take notice that plaintiff Hanover Insurance Company has manually filed the following documents or things:

1) STANDING ORDER REGARDING TRIAL MEMORANDA IN CIVIL CASES and

2) PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

These documents have not been filed electronically because

[ X ] the documents or things cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ] the electronic file size of the document exceeds 1.5 megabytes
[   ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

      Respectfully submitted,

      LOVEJOY & ASSOCIATES
      Attorneys for Plaintiff,
      Hanover Insurance Company

      By: _____
      Frederick A. Lovejoy (CT 03121)
      P.O. Box 56
      276 Center Road
      Easton, Connecticut 06612
      (203) 459-9941
      (203) 459-9943 (telefax)

McAllisterManual.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 30th day of August, 2004, to the following:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, Connecticut 06510

_____
Frederick A. Lovejoy
