UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------

HANOVER INSURANCE COMPANY,
        Plaintiff,

-against-

JACK McALLISTER,
        Defendant.

------------------------------------

FILED

3:02CV1318 (RNC)

2004 SEP -7 A 11: 47

August 30, 2004

## NOTICE OF MANUAL FILING

Please take notice that plaintiff Hanover Insurance Company has manually filed the following documents or things:

1) STANDING ORDER REGARDING TRIAL MEMORANDA IN CIVIL CASES and

2) PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

These documents have not been filed electronically because

[ X ] the documents or things cannot be converted to an electronic format (WordPerfect) by the undersigned's system
[   ] the electronic file size of the document exceeds 1.5 megabytes
[   ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Respectfully submitted,

LOVEJOY & ASSOCIATES
Attorneys for Plaintiff,
Hanover Insurance Company

By: _____
Frederick A. Lovejoy (CT 03121)
P.O. Box 56
276 Center Road
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

McAllisterManual.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 30th day of August, 2004, to the following:

Norman A. Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, Connecticut 06510

_____
Frederick A. Lovejoy