UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

HANOVER INSURANCE COMPANY,

        Plaintiff,

    -against-

JACK McALLISTER,

        Defendant.

2004 JUL -1  A 11: 44

3:02CV1318 (RNC)
U.S. DISTRICT COURT
HARTFORD, CT.

June 30, 2004

MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE A JOINT TRIAL MEMORANDUM

Now comes plaintiff Hanover Insurance Company and moves this Court for an extension of time from July 1, 2004 to and including August 2, 2004 in which to file the Joint Trial Memorandum, and states in support thereof:

1.    That the undersigned has attempted to contact defendant's counsel with respect to the Joint Trial Memorandum, but has received no response.

2.    That the Court indicated that a settlement conference would be scheduled for May 2004, however, no settlement conference has been scheduled to date.

3.    That the parties believe a settlement conference would be beneficial prior to having to go through the expense and time of drafting and filing a Pre-Trial Memorandum.

4.    That the undersigned has been out of the office due to a death in the family.

5.    That the undersigned is scheduled to be on vacation during the week of July 5, 2004.

6.    That the undersigned has attempted to contact counsel for defendant Jack McAllister to determine if he consents to the instant motion, but without success.

1