UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HANOVER INSURANCE COMPANY, | : | |
|     Plaintiff | : | 3:02CV1318 (RNC) |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| JACK MCALLISTER, | : | SEPTEMBER 15, 2004 |
|     Defendant | | |

### DEFENDANT'S PRETRIAL MEMORANDUM

1. **TRIAL COUNSEL**

   Plaintiff:   Frederick A. Lovejoy
   276 Center Road
   P.O. Box 56
   Easton, CT 06612
   203.459.9941, 203.459.9943 Facsimile

   Defendant:   Norman A. Pattis
   Joseph M. Merly
   Katrena Engstrom
   51 Elm Street, Suite 409
   New Haven, CT 06510
   203.562.9931, 203.776.9494 Facsimile

2. **JURISDICTION**

   28 U.S.C. § 1333.

3. **JURY/NON-JURY**

   Non-jury.

4. The defendant agrees with the plaintiff's characterization of the case.

1

**5.    STIPULATION OF FACT AND LAW**

None.

**6.    PLAINTIFF'S CONTENTIONS**

The plaintiff has propounded contentions in his trial memorandum dated August 30, 2004.

**7.    DEFENDANTS CONTENTION**

The defendant contends that he had acted in self defense in this case and that the insurer is obliged to provide coverage.

**8.    LEGAL ISSUES**

Were the defendant Jack McAllister's actions negligent and therefore covered under the marine insurance policy issued by Hanover Insurance Company.

**9.    VOIR DIRE**

Not applicable to bench trial

**10.    DEFENDANT'S WITNESSES**

    a.    Jack McAllister

    b.    Sherry Tynan

**11.    EXHIBITS**

The defendant does not intend to offer exhibits at this time.

**12.    DEPOSITION TESTIMONY**

None.

**13. REQUEST FOR JURY INSTRUCTIONS**

Not applicable.

**14. ANTICIPATED EVIDENTIARY PROBLEMS**

None.

**15. PROPOSED FINDINGS AND CONCLUSIONS**

The defendant offers the following in response to the plaintiff's proposed findings of fact dated August 30, 2004.

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. The plaintiff is left to its proof.

6. Denied.

7. The plaintiff is left to its proof.

8. The plaintiff is left to its proof.

9. The plaintiff is left to its proof.

10. The plaintiff is left to its proof.

11. The plaintiff is left to its proof.

12. Denied insofar as the defendant, Jack McAllister, did not know that he had been approached by Connecticut Conservation Officers.

13. Denied.

    14.    Denied.

    15.    Denied.

    16.    The defendant admits that Officer Christopher Dwyer was injured.

    17.    Denied.

    18.    Admitted

    19.    Denied.

    20.    Denied.

    21.    The plaintiff is left to its proof.

    22.    Denied.

    23.    Denied.

**16.    TRIAL TIME**

Four days.

**17.    FURTHER PROCEEDINGS**

None.

**18.    ELECTION BY TRIAL BY MAGISTRATES**

The defendant would consent to a trial by magistrate.

                                  THE DEFENDANT
                                  JACK MCALLISTER


BY    _____
       NORMAN A. PATTIS
       51 Elm Street, Suite 409
       New Haven, CT 06510
       Telephone: (203) 562-9931
       Fed. Bar No. ct13120

       Defendant's Attorney

## CERTIFICATION

     This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the above date, to the following parties and counsel of record:

Frederick A. Lovejoy, Esq.
276 Center Road
P.O. Box 56
Easton, CT 06612

_____
NORMAN A. PATTIS