AO 458 (Rev. 5/85) Appearance

# United States District Court

——————— DISTRICT OF ———————

Hanover Insur. Co.

v.

McALLISTER, JACK

**APPEARANCE**

CASE NUMBER: 3:02 CV1318(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JACK McALLISTER only.

_12/20/04_
Date

Signature

Jim NUGENT
Print Name

236 Boston Post Rd
Address

Orange      CT      06477
City         State      Zip Code

203-795-1111
Phone Number

CERTIFICATION: a copy
was given to Mr. LoveJoy