# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Hanover Ins Co

V.

Jack McAllister

**EXHIBIT AND WITNESS LIST** (Plaintiff)

FILED 2004 DEC 22 A 11: 24
U.S. DISTRICT COURT
HARTFORD, CT.

Case Number: 3:02CV1318 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Frederick A. Lovejoy | James Nugent ~~Norman A. Pattis~~ |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/20– | D. Warner | Wiggins Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/20 | ✓ | | Dwyer's Statement dtd. 8/29/01 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | 12-21-04 | ✓ | | Copy of New York Boat Registration |
| 5 | | | | | |
| 6 | | 12-21-04 | | ✓ | Declaration National Marine June 6, 2003 |
| 7 | | " | | ✓ | Flagship Declaration - May 6, 2002 |
| 8 | | " | | ✓ | Flagship Declaration - Apr. 27, 2001 |
| 9 | | " | | ✓ | Flagship Declaration May 25, 2000 |
| 10 | | " | | ✓ | Flagship Declaration Apr. 22, 1999 |
| 11 | | " | | ✓ | Flagship Declaration Apr. 27, 1998 |
| 12 | | " | | ✓ | Flagship Declaration Apr. 30, 1997 |
| 13 | | " | | ✓ | Flagship Declaration May 20, 1996 |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | 12-21-04 | | ✓ | Photo of Boat |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.