AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Hanover Ins Co

V.

Jack McAllister

**Plaintiff's WITNESS LIST**

FILED 2004 DEC 22 A
U.S. DISTRICT COURT
HARTFORD, CT

Case Number: 3:02CV1318 (RNC)

| PRESIDING JUDGE Chatigny | PLAINTIFF'S ATTORNEY Frederick A. Lovejoy | DEFENDANT'S ATTORNEY James Nugent ~~Norman A. Pattis~~ |
|---|---|---|
| TRIAL DATE (S) 12/20- | COURT REPORTER D. Warner | COURTROOM DEPUTY Wiggins |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/20 | | | John M. Kychia, West Hartford, CT |
| 2 | | " | | | Paul Harrison, Niantic, CT |
| 3 | | " | | | Christopher Dwyer, Columbia, CT |
| | | 12/21 | | | Christopher Dwyer, Columbia, CT |
| 4 | | " | | | Jack McAllister, New London, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages