UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HANOVER INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV1318 (RNC) |
| JACK McALLISTER, | : |
| Defendant. | : |

## JUDGMENT

This action having come to trial by the court, before the Honorable Robert N. Chatigny, United States District Judge, presiding; and

During the course of the trial, the court having granted the defendant's oral motion for judgment; and further

The court having issued its oral ruling finding that the company has a duty to defend McAllister in the action brought in Superior Court; and further

The court having exercised its jurisdiction and declined to decide the issue regarding duty to indemnify, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 22nd day of December 2004.

KEVIN F. ROWE, Clerk

By  /s/lik
   Linda I. Kunofsky
   Deputy Clerk

EOD _____